**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50192 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | Martin Bird Enterprises | | | | Date Filed (f) or Converted (c): | 01/15/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/22/2018 |
| For Period Ending: | 03/05/2018 | | | | Claims Bar Date: | 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking 3139 | 0.00 | Unknown | | 0.00 | Unknown |
| 2. Chase Checking 7365 | 0.00 | Unknown | | 0.00 | Unknown |
| 3. Chase Checking 4188 | 0.00 | Unknown | | 0.00 | Unknown |
| 4. Overpayment WOW | 1,265.89 | Unknown | | 0.00 | Unknown |
| 5. Accounts Receivable | 343,680.78 | Unknown | | 0.00 | Unknown |
| 6. Office Furniture-Value City Furntiture | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Office Furniture-4 Drawer Filing Cabinets (28) | 2,200.00 | 2,200.00 | | 0.00 | 2,200.00 |
| 8. Office Furniture-Cubical Desk Units (3) | 400.00 | 400.00 | | 0.00 | 400.00 |
| 9. Office Furniture-4 Drawer Lateral Filing Cabinets (2) | 480.00 | 480.00 | | 0.00 | 480.00 |
| 10. Office Furniture-2 Drawer Filing Cabinets (6) | 360.00 | 360.00 | | 0.00 | 360.00 |
| 11. Office Furniture-3 Drawer Lateral Filing Cabinet (1) | 215.00 | 215.00 | | 0.00 | 215.00 |
| 12. Office Furniture-2 Drawer Fire Safe Filing Cabinet | 250.00 | 250.00 | | 0.00 | 250.00 |
| 13. Office Furniture-Rolling Office Chairs (8) | 400.00 | 400.00 | | 0.00 | 400.00 |
| 14. Office Furniture-Copier Tables (2) | 100.00 | 100.00 | | 0.00 | 100.00 |
| 15. Office Furniture-Office Chairs | 75.00 | 75.00 | | 0.00 | 75.00 |
| 16. Office Furniture-Bench | 100.00 | 100.00 | | 0.00 | 100.00 |
| 17. Office Furniture-Old Computer Equipment (5 Towers, 1 Printer | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. Office Furniture-Shelving (10) | 500.00 | 500.00 | | 0.00 | 500.00 |
| 19. Office Furniture-Conference Table & Chairs | 250.00 | 250.00 | | 0.00 | 250.00 |
| 20. Office Furniture-Old Metal Office Desk (2) | 100.00 | 100.00 | | 0.00 | 100.00 |
| 21. Office Furniture-Metal Storage Cabinet (4) | 400.00 | 400.00 | | 0.00 | 400.00 |
| 22. Office Furniture-Executive Desk | 300.00 | 300.00 | | 0.00 | 300.00 |
| 23. Office Furniture-Mini Fridge | 100.00 | 100.00 | | 0.00 | 100.00 |
| 24. Office Furniture-Wood Shelves | 50.00 | 50.00 | | 0.00 | 50.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-50192 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | Martin Bird Enterprises | | | | Date Filed (f) or Converted (c): | 01/15/2018 (f) |
| | | | | | 341(a) Meeting Date: | 02/22/2018 |
| For Period Ending: | 03/05/2018 | | | | Claims Bar Date: | 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Office Equipment-Insignia 30" TV | 50.00 | 50.00 | | 0.00 | 50.00 |
| 26. Office Equipment-Samsung 60" TV (Broken Screen) | 50.00 | 50.00 | | 0.00 | 50.00 |
| 27. Office Equipment-Banquet Tables (4) | 200.00 | 200.00 | | 0.00 | 200.00 |
| 28. Office Equipment-Battery Charger | 100.00 | 100.00 | | 0.00 | 100.00 |
| 29. Office Equipment-Generator - Generac | 300.00 | 300.00 | | 0.00 | 300.00 |
| 30. Office Equipment-Char-Broil 3 Burner Propane Grill | 150.00 | 150.00 | | 0.00 | 150.00 |
| 31. Office Equipment-Misc. Tools, Cords, Etc. | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 32. 2005 Mercedes | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 33. Truck Tires (2) | Unknown | 0.00 | | 0.00 | 0.00 |
| 34. Ladders (2) | 200.00 | 200.00 | | 0.00 | 200.00 |
| 35. Hand Tools | 100.00 | 100.00 | | 0.00 | 100.00 |
| 36. Fraudulant Transaction with Ryder | 17,000.00 | Unknown | | 0.00 | Unknown |
| 37. Preference United Arab Shipping Company | 9,193.57 | 9,193.57 | | 0.00 | 9,193.57 |
| 38. Preference Ryder Truck Rental | 58,018.00 | Unknown | | 0.00 | Unknown |
| 39. Preference Altus GTS, Inc. | 4,500.00 | Unknown | | 0.00 | Unknown |
| 40. Preference Fast Capital 360 | 11,366.40 | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                       $464,454.64       $21,623.57                       $0.00       $21,623.57
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/22/18 341 Meeting of Creditors Held: Trustee investigating potential assets
03/02/18 Filed Notice of Assets

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | P.O. Box 5715<br>Carol Stream, IL 60197 |
| RE PROP # | 6 | -- | (Chairs (3), Sofa, Short Book Case, Coffee Table, Tall Executive Book Cases (2), Executive Desks (2), White Writing Desks (6)) |
| RE PROP # | 32 | -- | Owner's Car she paid for but never transferred out of company name. |
| RE PROP # | 36 | -- | Cashed a check that was supposed to be held for collateral |

Initial Projected Date of Final Report (TFR): 12/31/2019      Current Projected Date of Final Report (TFR): 12/31/2019

Trustee Signature:    /s/ CHRISTAL L. CAUDILL      Date: 03/05/2018

CHRISTAL L. CAUDILL
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4940